# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MARTINEZ, Booking #2374931<br><br>            Plaintiff,<br><br>v.<br><br>DANIEL PARAMO, Warden, A. HAMMETT, J. MENDEZ, R. BATTAD, F. GRISEZ, R. ESQUILAN,<br><br>            Defendants. | Case No.: 24-CV-409 JLS (DTF)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE MOTION TO PROCEED** *IN FORMA PAUPERIS* |

On February 26, 2024, Plaintiff Justin Martinez, a prisoner detained at Vista Detention Facility and proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. *See* ECF No. 1. On March 4, 2024, this Court dismissed the action because Plaintiff failed to pay the filing fee or move to proceed *in forma pauperis* ("IFP"). ECF No. 3. The Court gave Plaintiff forty-five (45) days to either pay the fee or file a motion to proceed IFP. *See id.*

On May 13, 2024, Plaintiff filed a letter in which he states he "filed a fee waiver" but has not received a response. ECF No. 5 at 1. While it is unclear whether Plaintiff is

referencing an unsuccessful attempt to file an IFP motion in this Court or an attempt to obtain a copy of his prison trust account statement from jail officials, the Court liberally construes the letter as a request for an extension of time to submit and IFP motion. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) ("A document filed pro se is 'to be liberally construed . . . .'" (quoting *Estelle v. Gamble*, 429 U.S. 97, 106 (1979))).

Good cause appearing, the Court **GRANTS** Plaintiff's request for an additional thirty (30) days from the date of this Order to file an IFP motion or pay the filing fee. *See Eldridge v. Block*, 832 F.2d 1132, 1136 (9th Cir. 1987).

## CONCLUSION AND ORDER

For the above reasons, the Court **GRANTS** Plaintiff <u>thirty (30) days</u> from the date of this Order, to either: (a) prepay the entire $405 civil filing and administrative fee in full; or (b) complete and file a Motion to Proceed IFP which includes a certified copy of his trust account statement for the six-month period preceding the filing of his Complaint. *See* 28 U.S.C. § 1915(a)(2); S.D. Cal. CivLR 3.2(b).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff with this Court's approved form "Motion and Declaration in Support of Motion to Proceed *In Forma Pauperis*." If Plaintiff fails to either prepay the $405 civil filing fee or complete and submit the enclosed Motion to Proceed IFP by the deadline set above, this action will remain dismissed without prejudice based on Plaintiff's failure to satisfy 28 U.S.C. § 1914(a)'s fee requirements and without further Order of the Court.

**IT IS SO ORDERED.**

Dated: May 23, 2024

Hon. Janis L. Sammartino
United States District Judge